# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0375.  FOXHALL HILLS PHASE II, LLC et al. v. CML-GA TWO, LLC.**

The above appeal was docketed on October 11, 2013.  Appellants' brief was due to be filed within twenty (20) days after the appeal was docketed. See Rule 23 (a). Appellants' brief and enumerations of error in this case was due to be filed no later than October 31, 2013. Appellants neither filed a brief and enumerations of error nor requested an extension of time in which to do so. Accordingly, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 01/09/2014
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 Stephen E. Castlen , *Clerk.*